

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|                    |   |                       |
|--------------------|---|-----------------------|
| IN RE:             | § | No. 08-16-00350-CV    |
|                    | § |                       |
| ERIKA BICKHART,    | § | AN ORIGINAL PROCEEDING|
|                    | § |                       |
| RELATOR            | § | IN MANDAMUS           |
|                    | § |                       |

## **J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Patrick M. Garcia, Judge of the 384th District Court of El Paso County, Texas, and concludes that Relator's petition for writ of mandamus and should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 17TH DAY OF FEBRUARY, 2017.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.